UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HALIMATA SANFO,

                Plaintiff,

           -v.-

AVONDALE CARE GROUP, LLC,

                Defendant.

21 Civ. 7267 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's Second Amended Complaint, filed September 4, 2022 (Dkt. #27), and Defendant's Answer, filed September 14, 2022 (Dkt. #28). The parties are hereby ORDERED to file by ECF and to submit via e-mail (Failla_NYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order in PDF format on or before October 26, 2022. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-katherine-polk-failla. The parties may disregard the form's references to an initial pretrial conference, and should construe the form's references to the date of the initial pretrial conference to refer instead to their submission deadline, which is October 26, 2022.

    SO ORDERED.

Dated:    October 5, 2022
              New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge