UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALIMATA SANFO,

                Plaintiff,

-v.-

AVONDALE CARE GROUP, LLC,

                Defendant.

21 Civ. 7267 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On December 2, 2022, the Court referred this matter for a second time to the Court-annexed Mediation Program and stayed all discovery deadlines pending the outcome of mediation. (Dkt. #35). On March 13, 2023, the Court received an update that mediation was unsuccessful. (Dkt. #37). Given that the parties were already engaged in discovery for over a month when the case was referred, the Court assumes the parties have only a modest amount of discovery left to complete. The parties are directed to file a status letter on or before March 20, 2023, proposing a new deadline to complete fact discovery.

    SO ORDERED.

Dated:  March 14, 2023
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge