David Abrams, Attorney at Law
P.O. Box 3353, Church Street Station, New York, New York 10008
Tel. 212-897-5821 Fax 212-897-5811
Delhi, New York

August 15, 2023

To:   Hon. Katherine Polk Failla                    (by ECF)
      United States District Court
      40 Foley Square
      New York, New York 10007



Re:   <u>Sanfo v. Avondale Care Group, Case No. 21 cv 7267 (KPF)</u>

Dear Judge Failla:

        I represent the Plaintiff in the above-referenced matter.  I am writing to respectfully request an adjournment of the conference which is currently scheduled for August 31, 2023 at 11:00am.  The reason for this request is that on that day I anticipate attending the admissions ceremony for District Court in Connecticut at 9:30am in Bridgeport and it is unlikely I could complete the ceremony and make it to Foley Square by 11:00am.

        I have been advised by opposing counsel that they do not oppose this request.


                                            Respectfully yours,

                                            /s/ David Abrams

                                            David Abrams

cc:   Defendant's Counsel                    (by ECF)

Application GRANTED.  The post-fact conference currently scheduled
for August 31, 2023, at 11:00 a.m. is hereby ADJOURNED to **3:30 p.m.
that same day.**

The Clerk of Court is directed to terminate the pending motion at
docket number 51.

Dated:   August 15, 2023              SO ORDERED.
         New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE